STATE v. MRS. T. E. McAFEE.

(Filed 19 March, 1930.)

See same case next preceding.

APPEAL by defendant from *Lyon, Emergency Judge,* at December Term, 1929, of LENOIR. Affirmed.

MOORE v. MOORE.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
    *O. H. Allen for defendant.*

ADAMS, J. The disposition of the defendant's appeal is controlled by the opinion in the preceding case—*S. v. Mrs. T. E. McAfee, ante,* 507.
    Judgment affirmed.